FILED

02/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0651

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0651

ORIGINAL

IN THE MATTER OF APPOINTMENTS TO
THE COMMISSION OF CONTINUING
LEGAL EDUCATION

O R D E R

The terms of Darcy Crum, Steven Howard, and Mary Moe on the Commission of Continuing Legal Education expired on September 30, 2021.  The Court thanks all three of these individuals for their service to the Commission, to this Court and to the people of Montana.

IT IS HEREBY ORDERED that Darcy Crum, Steven Howard, and Mary Moe are hereby reappointed to the Commission of Continuing Legal Education to terms expiring on September 30, 2024.

The Clerk is directed to provide copies of this Order to Darcy Crum, Steven Howard, Mary Moe, the remaining members of the Commission of Continuing Legal Education, and to the State Bar of Montana.

DATED this 15 day of February, 2022.

Chief Justice

FILED

FEB 1 5 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____
Justices